**Opinion issued July 7, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-15-00468-CV

———————————

**JOSE MARTINEZ, Appellant**

**V.**

**UNIVERSITY OF TEXAS MEDICAL BRANCH, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-1206**

---

## MEMORANDUM OPINION

Appellant, Jose Martinez, proceeding *pro se* and incarcerated, has filed a motion for voluntary dismissal of his appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although the motion does not contain a certificate of conference, it has a certificate of service on the appellee and more than ten days have passed with no response

filed.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.